IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY L. THOMPKINS, #293028, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:19-CV-504-WKW [WO] |
| ALABAMA DEPARTMENT OF CORRECTIONS, BULLOCK CORRECTIONAL FACILITY, STATON CORRECTIONAL FACILITY, and VENTRESS CORRECTIONAL FACILITY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On August 13, 2019, the Magistrate Judge filed a Recommendation that Plaintiff Henry L. Thompkins's 42 U.S.C. § 1983 case be dismissed without prejudice for failure of Plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(a). (Doc. # 4.) On September 4, 2019, after no timely objections were filed and based upon an independent review of the record, the court adopted the Recommendation, dismissed this action without prejudice, and entered final judgment. (Docs. # 5, 6.) On the same day that final judgment was entered, Mr. Thompkins paid the initial partial filing fee. (Doc. # 7.)

Based on that payment, it is ORDERED that the Order and Final Judgment (Docs. 5, 6) are VACATED.

DONE this 20th September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE