IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY L. THOMPKINS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:19-CV-504-WKW |
| GWENDOLYN GIVENS and DOMINIC WHITLEY, | ) |
| Defendants. | ) |

## **ORDER**

On April 4, 2022, the Magistrate Judge filed a Recommendation (Doc. # 52) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED:

1. The Magistrate Judge's Recommendation (Doc. # 52) is ADOPTED.

2. Defendants' motion for summary judgment (Doc. # 26) is GRANTED as to the federal law claims.

3. Plaintiff's state law claims are DISMISSED.

A final judgment will be entered separately.

DONE this 10th day of May, 2022.

                                                   /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE